**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  RYAN SELLERS            :       CHAPTER 13
                                :
**Debtor**                       :       NO. 19-14789

## ORDER

AND NOW, this 19th day of August, 2019, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby **ORDERED** that the Debtor is **GRANTED** an extension **until August 30, 2019** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**