**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

CITIZENS BANK
5-7017/2110

paylocity

Check Date
July 26, 2019

Check Number
2363069

PAYROLL CHECK

Pay this amount: Three hundred ninety-two dollars and sixty-eight cents *****************

******** 392.68

VOID AFTER 180 DAYS

To the order of:
38055  100-5015  127  2363069  14148    38055
Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

Christina Moriarty
Authorized Signature

## KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**

| | | |
|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 871.43 |
| Location | 100-5015 | Fed Filing Status | S-0 |
| Hourly | $21.50 | State Filing Status | S-0 |

Earnings Statement

| | |
|---|---|
| Check Date | July 26, 2019 |
| Period Beginning | July 15, 2019 |
| Period Ending | July 21, 2019 |

| | |
|---|---|
| Check Number | 2363069 |
| Net Pay | 392.68 |
| Check Amount | 392.68 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 860.00 |
| OVERTIM | 32.25 | 0.88 | 28.38 | 1,149.07 |
| PTO | | | | 2,666.00 |
| REGULAR | 21.50 | 40.00 | 860.00 | 22,517.86 |
| Gross Earnings | | 40.88 | 888.38 | 27,192.93 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 95.99 | 3,061.40 |
| MED | 12.64 | 386.94 |
| PA | 26.75 | 819.21 |
| PA-461902 | 8.71 | 266.84 |
| PA-UPPB | 1.00 | 30.00 |
| PASUI-E | 0.53 | 16.31 |
| SS | 54.03 | 1,654.44 |
| Taxes | 199.65 | 6,235.14 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 585.00 |
| CHILD SUPT 1 - EFT | 149.59 | 4,482.04 |
| CHILD SUPT 2 - EFT | 110.01 | 3,300.30 |
| DENTAL INS | 14.64 | 439.20 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 69.30 |
| LOCAL LEVY | | 61.50 |
| Deductions | 296.05 | 8,937.34 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 124.00 | 36.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date
July 12, 2019

Voucher Number
15419

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | * ~~~~ | 436.81 |
| **Total Direct Deposits** | | **436.81** |

38055  100-5015  127  15419  13877       38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

**Non Negotiable - This is not a check - Non Negotiable**

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**

Earnings Statement

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 938.08 | Check Date | July 12, 2019 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | July 1, 2019 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | July 7, 2019 |

Voucher Number  15419
Net Pay  436.81

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | 21.50 | 8.00 | 172.00 | 860.00 |
| OVERTIM | | | | 1,120.69 |
| PTO | 21.50 | 8.00 | 172.00 | 2,666.00 |
| REGULAR | 21.50 | 28.42 | 611.03 | 20,995.01 |
| **Gross Earnings** | | 44.42 | 955.03 | 25,641.70 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 110.66 | 2,900.40 |
| MED | 13.60 | 364.93 |
| PA | 28.80 | 772.63 |
| PA-461902 | 9.38 | 251.67 |
| PA-UPPB | 1.00 | 28.00 |
| PASUI-E | 0.57 | 15.38 |
| SS | 58.16 | 1,560.36 |
| **Taxes** | **222.17** | **5,893.37** |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 546.00 |
| CHILD SUPT 1 - EFT | 149.59 | 4,182.86 |
| CHILD SUPT 2 - EFT | 110.01 | 3,080.28 |
| DENTAL INS | 14.64 | 409.92 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 64.68 |
| LOCAL LEVY | | 61.50 |
| **Deductions** | **296.05** | **8,345.24** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ***3099 | 436.81 |
| **Total Direct Deposits** | | **436.81** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 124.00 | 36.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date
July 19, 2019

Voucher Number
15568

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | *** | 224.68 |
| **Total Direct Deposits** | | **224.68** |

38055   100-5015   127  15568  14014         38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

**Non Negotiable - This is not a check - Non Negotiable**

**KING LIMOUSINE SERVICE, INC.**

**Earnings Statement**

**Ryan Sellers**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 645.90 | Check Date | July 19, 2019 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | July 8, 2019 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | July 14, 2019 |

Voucher Number  15568
Net Pay  224.68

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 860.00 |
| OVERTIM | | | | 1,120.69 |
| PTO | | | | 2,666.00 |
| REGULAR | 21.50 | 30.83 | 662.85 | 21,657.86 |
| **Gross Earnings** | | 30.83 | 662.85 | 26,304.55 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 65.01 | 2,965.41 |
| MED | 9.37 | 374.30 |
| PA | 19.83 | 792.46 |
| PA-461902 | 6.46 | 258.13 |
| PA-UPPB | 1.00 | 29.00 |
| PASUI-E | 0.40 | 15.78 |
| SS | 40.05 | 1,600.41 |
| **Taxes** | 142.12 | 6,035.49 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 565.50 |
| CHILD SUPT 1 - EFT | 149.59 | 4,332.45 |
| CHILD SUPT 2 - EFT | 110.01 | 3,190.29 |
| DENTAL INS | 14.64 | 424.56 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 66.99 |
| LOCAL LEVY | | 61.50 |
| **Deductions** | 296.05 | 8,641.29 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ***3099 | 224.68 |
| **Total Direct Deposits** | | **224.68** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 124.00 | 36.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

paylocity

Check Date: July 5, 2019

Voucher Number: 15273

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | | 357.26 |
| Total Direct Deposits | | 357.26 |

38055  100-5015  127  15273  13742          38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

## Non Negotiable - This is not a check - Non Negotiable

### KING LIMOUSINE SERVICE, INC.

**Earnings Statement**

Ryan Sellers
Employee ID: 127   Fed Taxable Income: 819.83   Check Date: July 5, 2019   Voucher Number: 15273
Location: 100-5015   Fed Filing Status: S-0   Period Beginning: June 24, 2019   Net Pay: 357.26
Hourly: $21.50   State Filing Status: S-0   Period Ending: June 30, 2019

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 688.00 |
| OVERTIM | | | | 1,120.69 |
| PTO | | | | 2,494.00 |
| REGULAR | 21.50 | 38.92 | 836.78 | 20,383.98 |
| Gross Earnings | | 38.92 | 836.78 | 24,686.67 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 85.88 | 2,789.74 |
| MED | 11.89 | 351.33 |
| PA | 25.17 | 743.83 |
| PA-461902 | 8.20 | 242.29 |
| PA-UPPB | 1.00 | 27.00 |
| PASUI-E | 0.50 | 14.81 |
| SS | 50.83 | 1,502.20 |
| Taxes | 183.47 | 5,671.20 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 526.50 |
| CHILD SUPT 1 - EFT | 149.59 | 4,033.27 |
| CHILD SUPT 2 - EFT | 110.01 | 2,970.27 |
| DENTAL INS | 14.64 | 395.28 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 62.37 |
| LOCAL LEVY | | 61.50 |
| Deductions | 296.05 | 8,049.19 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ***3099 | 357.26 |
| Total Direct Deposits | | 357.26 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 116.00 | 44.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

paylocity

Check Date: June 28, 2019

Voucher Number: 15125

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | | 423.72 |
| **Total Direct Deposits** | | 423.72 |

38055  100-5015  127  15125  13606        38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

## Non Negotiable - This is not a check - Non Negotiable

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**

Earnings Statement

| | | | |
|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 918.30 |
| Location | 100-5015 | Fed Filing Status | S-0 |
| Hourly | $21.50 | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | June 28, 2019 |
| Period Beginning | June 17, 2019 |
| Period Ending | June 23, 2019 |

| | |
|---|---|
| Voucher Number | 15125 |
| Net Pay | 423.72 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 688.00 |
| OVERTIM | | | | 1,120.69 |
| PTO | 21.50 | 32.00 | 688.00 | 2,494.00 |
| REGULAR | 21.50 | 11.50 | 247.25 | 19,547.20 |
| **Gross Earnings** | | 43.50 | 935.25 | 23,849.89 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 106.30 | 2,703.86 |
| MED | 13.32 | 339.44 |
| PA | 28.19 | 718.66 |
| PA-461902 | 9.18 | 234.09 |
| PA-UPPB | 1.00 | 26.00 |
| PASUI-E | 0.56 | 14.31 |
| SS | 56.93 | 1,451.37 |
| **Taxes** | 215.48 | 5,487.73 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 507.00 |
| CHILD SUPT 1 - EFT | 149.59 | 3,883.68 |
| CHILD SUPT 2 - EFT | 110.01 | 2,860.26 |
| DENTAL INS | 14.64 | 380.64 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 60.06 |
| LOCAL LEVY | | 61.50 |
| **Deductions** | 296.05 | 7,753.14 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ***3099 | 423.72 |
| **Total Direct Deposits** | | 423.72 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 116.00 | 44.00 |

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date
June 21, 2019

Voucher Number
14971

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | | 362.66 |
| Total Direct Deposits | | | 362.66 |

38055  100-5015  127  14971  13470        38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

## Non Negotiable - This is not a check - Non Negotiable

### KING LIMOUSINE SERVICE, INC.

**Earnings Statement**

**Ryan Sellers**

| | | | |
|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 826.93 |
| Location | 100-5015 | Fed Filing Status | S-0 |
| Hourly | $21.50 | State Filing Status | S-0 |

Check Date     June 21, 2019
Period Beginning June 10, 2019
Period Ending   June 16, 2019

Voucher Number  14971
Net Pay         362.66

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 688.00 |
| OVERTIM | | | | 1,120.69 |
| PTO | 21.50 | 4.00 | 86.00 | 1,806.00 |
| REGULAR | 21.50 | 35.25 | 757.88 | 19,299.95 |
| Gross Earnings | | 39.25 | 843.88 | 22,914.64 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 86.73 | 2,597.56 |
| MED | 11.99 | 326.12 |
| PA | 25.39 | 690.47 |
| PA-461902 | 8.27 | 224.91 |
| PA-UPPB | 1.00 | 25.00 |
| PASUI-E | 0.51 | 13.75 |
| SS | 51.28 | 1,394.44 |
| Taxes | 185.17 | 5,272.25 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 487.50 |
| CHILD SUPT 1 - EFT | 149.59 | 3,734.09 |
| CHILD SUPT 2 - EFT | 110.01 | 2,750.25 |
| DENTAL INS | 14.64 | 366.00 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 57.75 |
| LOCAL LEVY | | 61.50 |
| Deductions | 296.05 | 7,457.09 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3099 | 362.66 |
| Total Direct Deposits | | | 362.66 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 84.00 | 76.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

**paylocity**

Check Date
June 14, 2019

Voucher Number
14832

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank   C | - | 420.16 |
| **Total Direct Deposits** | | 420.16 |

38055   100-5015   127   14832   13344            38055
Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

**Non Negotiable - This is not a check - Non Negotiable**

## KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**                                                                             **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 912.93 | Check Date | June 14, 2019 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | June 3, 2019 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | June 9, 2019 |

Voucher Number   14832
Net Pay          420.16

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 688.00 |
| OVERTIM | | | | 1,120.69 |
| PTO | 21.50 | 8.00 | 172.00 | 1,720.00 |
| REGULAR | 21.50 | 35.25 | 757.88 | 18,542.07 |
| **Gross Earnings** | | 43.25 | 929.88 | 22,070.76 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 105.12 | 2,510.83 |
| MED | 13.24 | 314.13 |
| PA | 28.03 | 665.08 |
| PA-461902 | 9.13 | 216.64 |
| PA-UPPB | 1.00 | 24.00 |
| PASUI-E | 0.56 | 13.24 |
| SS | 56.59 | 1,343.16 |
| **Taxes** | 213.67 | 5,087.08 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 468.00 |
| CHILD SUPT 1 - EFT | 149.59 | 3,584.50 |
| CHILD SUPT 2 - EFT | 110.01 | 2,640.24 |
| DENTAL INS | 14.64 | 351.36 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 55.44 |
| LOCAL LEVY | | 61.50 |
| **Deductions** | 296.05 | 7,161.04 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank   C | ***3099 | 420.16 |
| **Total Direct Deposits** | | 420.16 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 80.00 | 80.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date
June 7, 2019

Voucher Number
14692

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank   C | | 267.09 |
| **Total Direct Deposits** | | 267.09 |

38055   100-5015   127 14692 13217         38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

## Non Negotiable - This is not a check - Non Negotiable

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**                                                                                      **Earnings Statement**

| Employee ID | 127 | Fed Taxable Income | 782.21 | Check Date | June 7, 2019 | Voucher Number | 14692 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | May 27, 2019 | Net Pay | 267.09 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | June 2, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | 21.50 | 8.00 | 172.00 | 688.00 |
| OVERTIM | | | | 1,120.69 |
| PTO | 21.50 | 8.00 | 172.00 | 1,548.00 |
| REGULAR | 21.50 | 21.17 | 455.16 | 17,784.19 |
| **Gross Earnings** | | 37.17 | 799.16 | 21,140.88 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 81.37 | 2,405.71 |
| MED | 11.34 | 300.89 |
| PA | 24.01 | 637.05 |
| PA-461902 | 7.82 | 207.51 |
| PA-UPPB | 1.00 | 23.00 |
| PASUI-E | 0.48 | 12.68 |
| SS | 48.50 | 1,286.57 |
| **Taxes** | 174.52 | 4,873.41 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 448.50 |
| CHILD SUPT 1 - EFT | 149.59 | 3,434.91 |
| CHILD SUPT 2 - EFT | 110.01 | 2,530.23 |
| DENTAL INS | 14.64 | 336.72 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 53.13 |
| LOCAL LEVY | 61.50 | 61.50 |
| **Deductions** | 357.55 | 6,864.99 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank   C | ***3099 | 267.09 |
| **Total Direct Deposits** | | 267.09 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 72.00 | 88.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date
May 31, 2019

Voucher Number
14554

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | *: | 494.95 |
| **Total Direct Deposits** | | | 494.95 |

38055   100-5015   127  14554  13092          38055
Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

**Non Negotiable - This is not a check - Non Negotiable**

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**                                                                                                    **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 1,025.91 | Check Date | May 31, 2019 | Voucher Number 14554 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | May 20, 2019 | Net Pay 494.95 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | May 26, 2019 | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 516.00 |
| OVERTIM | 32.25 | 5.67 | 182.86 | 1,120.69 |
| PTO | | | | 1,376.00 |
| REGULAR | 21.50 | 40.00 | 860.00 | 17,329.03 |
| **Gross Earnings** | | 45.67 | 1,042.86 | 20,341.72 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 129.98 | 2,324.34 |
| MED | 14.88 | 289.55 |
| PA | 31.50 | 613.04 |
| PA-461902 | 10.26 | 199.69 |
| PA-UPPB | 1.00 | 22.00 |
| PASUI-E | 0.63 | 12.20 |
| SS | 63.61 | 1,238.07 |
| **Taxes** | 251.86 | 4,698.89 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 429.00 |
| CHILD SUPT 1 - EFT | 149.59 | 3,285.32 |
| CHILD SUPT 2 - EFT | 110.01 | 2,420.22 |
| DENTAL INS | 14.64 | 322.08 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 50.82 |
| **Deductions** | 296.05 | 6,507.44 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3099 | 494.95 |
| **Total Direct Deposits** | | | 494.95 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 64.00 | 96.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date: May 17, 2019

Voucher Number: 14302

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ) | 389.26 |
| **Total Direct Deposits** | | 389.26 |

38055   100-5015   127  14302  12866         38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA 19464

**Non Negotiable - This is not a check - Non Negotiable**

## KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 866.27 | Check Date | May 17, 2019 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | May 6, 2019 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | May 12, 2019 |

Voucher Number: 14302
Net Pay: 389.26

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 516.00 |
| OVERTIM | | | | 937.83 |
| PTO | 21.50 | 8.00 | 172.00 | 1,118.00 |
| REGULAR | 21.50 | 33.08 | 711.22 | 15,872.40 |
| **Gross Earnings** | | 41.08 | 883.22 | 18,444.23 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 94.86 | 2,105.79 |
| MED | 12.56 | 262.52 |
| PA | 26.59 | 555.82 |
| PA-461902 | 8.66 | 181.05 |
| PA-UPPB | 1.00 | 20.00 |
| PASUI-E | 0.53 | 11.06 |
| SS | 53.71 | 1,122.53 |
| **Taxes** | 197.91 | 4,258.77 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 390.00 |
| CHILD SUPT 1 - EFT | 149.59 | 2,986.14 |
| CHILD SUPT 2 - EFT | 110.01 | 2,200.20 |
| DENTAL INS | 14.64 | 292.80 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 46.20 |
| **Deductions** | 296.05 | 5,915.34 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ***3099 | 389.26 |
| **Total Direct Deposits** | | 389.26 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 52.00 | 108.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

paylocity

Check Date
May 10, 2019

Voucher Number
14172

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ** | 478.88 |
| Total Direct Deposits | | 478.88 |

38055   100-5015   127  14172  12749            38055
Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

**Non Negotiable - This is not a check - Non Negotiable**

KING LIMOUSINE SERVICE, INC.

**Earnings Statement**

**Ryan Sellers**

| Employee ID | 127 | Fed Taxable Income | 1,001.61 | Check Date | May 10, 2019 | Voucher Number | 14172 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | April 29, 2019 | Net Pay | 478.88 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | May 5, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 516.00 |
| OVERTIM | 32.25 | 2.25 | 72.56 | 937.83 |
| PTO | 21.50 | 4.00 | 86.00 | 946.00 |
| REGULAR | 21.50 | 40.00 | 860.00 | 15,161.18 |
| **Gross Earnings** | | 46.25 | 1,018.56 | 17,561.01 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.63 | 2,010.93 |
| MED | 14.52 | 249.96 |
| PA | 30.75 | 529.23 |
| PA-461902 | 10.02 | 172.39 |
| PA-UPPB | 1.00 | 19.00 |
| PASUI-E | 0.61 | 10.53 |
| SS | 62.10 | 1,068.82 |
| **Taxes** | 243.63 | 4,060.86 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 370.50 |
| CHILD SUPT 1 - EFT | 149.59 | 2,836.55 |
| CHILD SUPT 2 - EFT | 110.01 | 2,090.19 |
| DENTAL INS | 14.64 | 278.16 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 43.89 |
| **Deductions** | 296.05 | 5,619.29 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| Citizens Bank  C | ***3099 | 478.88 |
| **Total Direct Deposits** | | 478.88 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 44.00 | 116.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

**paylocity**

**Check Date**
May 24, 2019

**Voucher Number**
14429

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | | 370.32 |
| **Total Direct Deposits** | | | **370.32** |

38055   100-5015   127   14429   12980          38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA   19464

**Non Negotiable - This is not a check - Non Negotiable**

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 837.68 | Check Date | May 24, 2019 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | May 13, 2019 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | May 19, 2019 |

Voucher Number   14429
Net Pay   370.32

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 516.00 |
| OVERTIM | | | | 937.83 |
| PTO | 21.50 | 12.00 | 258.00 | 1,376.00 |
| REGULAR | 21.50 | 27.75 | 596.63 | 16,469.03 |
| **Gross Earnings** | | **39.75** | **854.63** | **19,298.86** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 88.57 | 2,194.36 |
| MED | 12.15 | 274.67 |
| PA | 25.72 | 581.54 |
| PA-461902 | 8.38 | 189.43 |
| PA-UPPB | 1.00 | 21.00 |
| PASUI-E | 0.51 | 11.57 |
| SS | 51.93 | 1,174.46 |
| **Taxes** | **188.26** | **4,447.03** |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 409.50 |
| CHILD SUPT 1 - EFT | 149.59 | 3,135.73 |
| CHILD SUPT 2 - EFT | 110.01 | 2,310.21 |
| DENTAL INS | 14.64 | 307.44 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 48.51 |
| **Deductions** | **296.05** | **6,211.39** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3099 | 370.32 |
| **Total Direct Deposits** | | | **370.32** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 64.00 | 96.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date
May 3, 2019

Voucher Number
14047

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3 | 461.01 |
| **Total Direct Deposits** | | | 461.01 |

38055  100-5015  127  14047  12637        38055
Ryan Sellers
1512 N Keim St
POTTSTOWN, PA 19464

**Non Negotiable - This is not a check - Non Negotiable**

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**                                                                                                    **Earnings Statement**

| Employee ID | 127 | Fed Taxable Income | 974.63 | Check Date | May 3, 2019 | Voucher Number | 14047 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning | April 22, 2019 | Net Pay | 461.01 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending | April 28, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 516.00 |
| OVERTIM | 32.25 | 4.08 | 131.58 | 865.27 |
| PTO | | | | 860.00 |
| REGULAR | 21.50 | 40.00 | 860.00 | 14,301.18 |
| **Gross Earnings** | | 44.08 | 991.58 | 16,542.45 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 118.70 | 1,886.30 |
| MED | 14.13 | 235.44 |
| PA | 29.92 | 498.48 |
| PA-461902 | 9.75 | 162.37 |
| PA-UPPB | 1.00 | 18.00 |
| PASUI-E | 0.59 | 9.92 |
| SS | 60.43 | 1,006.72 |
| **Taxes** | 234.52 | 3,817.23 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 351.00 |
| CHILD SUPT 1 - EFT | 149.59 | 2,686.96 |
| CHILD SUPT 2 - EFT | 110.01 | 1,980.18 |
| DENTAL INS | 14.64 | 263.52 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 41.58 |
| **Deductions** | 296.05 | 5,323.24 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3099 | 461.01 |
| **Total Direct Deposits** | | | 461.01 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 40.00 | 120.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153