**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

*paylocity*

Check Date: August 2, 2019

Voucher Number: 15866

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Pncbank, National As | C | **~~~ | 331.22 |
| Total Direct Deposits | | | 331.22 |

38055  100-5015  127  15866  14288    38055
Ryan Sellers
1512 N Keim St
POTTSTOWN, PA 19464

## Non Negotiable - This is not a check - Non Negotiable

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**                                                                                       **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 785.65 | Check Date August 2, 2019 | Voucher Number 15866 |
| Location | 100-5015 | Fed Filing Status | S-0 | Period Beginning July 22, 2019 | Net Pay 331.22 |
| Hourly | $21.50 | State Filing Status | S-0 | Period Ending July 28, 2019 | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 860.00 |
| OVERTIM | | | | 1,149.07 |
| PTO | | | | 2,666.00 |
| REGULAR | 21.50 | 37.33 | 802.60 | 23,320.46 |
| **Gross Earnings** | | 37.33 | 802.60 | 27,995.53 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 81.78 | 3,143.18 |
| MED | 11.39 | 398.33 |
| PA | 24.12 | 843.33 |
| PA-461902 | 7.86 | 274.70 |
| PA-UPPB | 1.00 | 31.00 |
| PASUI-E | 0.48 | 16.79 |
| SS | 48.70 | 1,703.14 |
| **Taxes** | 175.33 | 6,410.47 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 604.50 |
| CHILD SUPT 1 - EFT | 149.59 | 4,631.63 |
| CHILD SUPT 2 - EFT | 110.01 | 3,410.31 |
| DENTAL INS | 14.64 | 453.84 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 71.61 |
| LOCAL LEVY | | 61.50 |
| **Deductions** | 296.05 | 9,233.39 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Pncbank, National Association | C | ***5544 | 331.22 |
| Total Direct Deposits | | | 331.22 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 124.00 | 36.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153

**KING LIMOUSINE SERVICE, INC.**
370 CROOKED LANE
KING OF PRUSSIA, PA 19406

Direct Deposit Advice

paylocity

Check Date: August 9, 2019

Voucher Number: 16010

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Pncbank, National As | C | | 448.63 |
| Total Direct Deposits | | | 448.63 |

38055   100-5015   127   16010   14420         38055

Ryan Sellers
1512 N Keim St
POTTSTOWN, PA  19464

## Non Negotiable - This is not a check - Non Negotiable

### KING LIMOUSINE SERVICE, INC.

**Ryan Sellers**                                                                                      **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 127 | Fed Taxable Income | 955.93 |
| Location | 100-5015 | Fed Filing Status | S-0 |
| Hourly | $21.50 | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | August 9, 2019 |
| Period Beginning | July 29, 2019 |
| Period Ending | August 4, 2019 |

| | |
|---|---|
| Voucher Number | 16010 |
| Net Pay | 448.63 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 860.00 |
| OVERTIM | 32.25 | 3.50 | 112.88 | 1,261.95 |
| PTO | | | | 2,666.00 |
| REGULAR | 21.50 | 40.00 | 860.00 | 24,180.46 |
| **Gross Earnings** | | 43.50 | 972.88 | 28,968.41 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 114.58 | 3,257.76 |
| MED | 13.86 | 412.19 |
| PA | 29.35 | 872.68 |
| PA-461902 | 9.56 | 284.26 |
| PA-UPPB | 1.00 | 32.00 |
| PASUI-E | 0.58 | 17.37 |
| SS | 59.27 | 1,762.41 |
| **Taxes** | 228.20 | 6,638.67 |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC POST TAX STD | 19.50 | 624.00 |
| CHILD SUPT 1 - EFT | 149.59 | 4,781.22 |
| CHILD SUPT 2 - EFT | 110.01 | 3,520.32 |
| DENTAL INS | 14.64 | 468.48 |
| HARTFORD LIFE INS PRE TAX | 2.31 | 73.92 |
| LOCAL LEVY | | 61.50 |
| **Deductions** | 296.05 | 9,529.44 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Pncbank, National Association | C | ***5544 | 448.63 |
| Total Direct Deposits | | | 448.63 |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 124.00 | 36.00 |

KING LIMOUSINE SERVICE, INC. | 370 CROOKED LANE  KING OF PRUSSIA, PA 19406 | (610) 265-3050 | FEIN: 23-2285991 | PA: 46-67153