United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ryan Sellers  
    Debtor

Case No. 19-14789-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 16, 2024      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Sellers, 1512 N. Keim Street, Pottstown, PA 19464-2571 |
| 14403941 | + | Lower Pottsgrove Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14404201 | + | Lower Pottsgrove Township, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14448168 | + | Lower Pottsgrove Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14365790 | + | Maccredit/mdlndstbk/gr, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14371425 | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 16 2024 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2024 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14365779 | + | Email/Text: aargon@ebn.phinsolutions.com | Aug 16 2024 23:29:00 | Aargon Agency Inc, 3025 W Sahara, Las Vegas, NV 89102-6094 |
| 14365778 | + | Email/Text: aargon@ebn.phinsolutions.com | Aug 16 2024 23:29:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 14365780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:34:22 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14365781 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:44:43 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14365782 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:44:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14365783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:44:50 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14385268 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 16 2024 23:34:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14365784 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 16 2024 23:29:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14365785 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 16 2024 23:29:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14385438 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2024 23:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14365787 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 16 2024 23:29:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14365786 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2024 23:29:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14365788 | | Email/Text: ml-ebn@missionlane.com | Aug 16 2024 23:28:00 | Lendup Card Services, Attn: Bankruptcy, LendUp, 237 Kearny St #197, San Francisco, CA 94108 |
| 14365789 | | Email/Text: ml-ebn@missionlane.com | Aug 16 2024 23:28:00 | Lendup Card Services, Po Box 105286, Atlanta, GA 30304 |
| 14396034 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2024 23:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14365791 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 16 2024 23:28:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14365792 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 16 2024 23:28:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14393302 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 16 2024 23:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14365794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:44:35 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14365793 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:33:34 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14399691 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:44:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14370769 | | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2024 23:28:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 18, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 16, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

**DENISE ELIZABETH CARLON**
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Lower Pottsgrove Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**PAUL H. YOUNG**
on behalf of Debtor Ryan Sellers support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 59 − 57

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Ryan Sellers ) | Case No. 19−14789−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

>  Eastern District of Pennsylvania
>  900 Market Street
>  Suite 400
>  Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 16, 2024                         For The Court

                                                                Timothy B. McGrath
                                                                Clerk of Court